■ In the Matter of SALLY MONTANO, Respondent, v. WILLIAM D. MEISSER et al., Constituting the Board of Elections of the County of Nassau, et al., Respondents, and ANDREW J. DI PAOLA et al., Appellants.—

Christ, P. J.,
Hopkins, Martuscello, Brennan and Benjamin, JJ., concur.